AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ MASSACHUSETTS _____

UNITED STATES OF AMERICA

V.

PROVILON DUVERGE

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER:

2005 M 0470 RBC 02

I, PROVILON DUVERGE, charged in a ☒ complaint ☐ ...tion pending in this District with bank fraud + use of false identity in violation of 18, U.S.C., 1344, 1028A,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a ☒ examination ☐ hearing, do hereby waive (give up) my right to prelim- inary ☒ examination ☐ hearing.

_____
Defendant

SEP 19 2005
Date

_____
Edward Z. Hayden
Counsel for Defendant