UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL ACTION |
| V. ) | NO. 2005-MJ-0470 |
| ) | |
| PROVOLONE DIVERGE ) | |

MOTION TO ALTER TERMS OF RELEASE

Now comes the defendant in the above-captioned case and requests that the terms of his release be changed so that he can return to work at the Four Points by Sheraton at Boston Logan Airport.

As reason therefore, the defendant says that he had been working at the Four Points prior to his arrest.  His supervisor, Louis Warren, informed defense counsel that he would keep his job for him until October 3, 2005.

On August 11, 2005, the defendant had applied with U.S. Citizenship and Immigration Services to renew his employment authorization document.

Counsel has the receipt notice for this application.  Mr. Waren informed counsel that the Four Points would take him back to work on proof of this application.

                                                                    For the defendant,

                                                                    <u>/s/ EDWARD L. HAYDEN</u>
EDWARD L. HAYDEN
7 FRANKLIN STREET
LYNN MA 01902
(781) 599-1190
BBO #226430